**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Gary Thelen,**                                                    **Civil No. 08-1150 (JNE/JJG)**

      Plaintiff,

v.                                                                              **ORDER**

**City of Elba, et al.,**

      Defendant.

---

      This matter is before the undersigned on the report and recommendation of the United

States Magistrate Judge.  No objections have been filed to that report and recommendation in the

time period permitted.  Based on the report and recommendation of the Magistrate Judge, and

being advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**

**THAT** the City defendants' motion for review of the cost judgment (Doc. No. 84) is **DENIED.**

Dated this 23rd day of February, 2011.

                            s/  Joan N. Ericksen
                            JOAN N. ERICKSEN
                            United States Magistrate Judge